IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

        Plaintiff,                        No. CIV S-06-0390 MCE EFB P

       vs.

TOM CAREY, et al.,

        Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file objections to the January 17, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's January 30, 2007, request is granted and plaintiff has 30 days from the date this order is served to file objections to the January 17, 2007, findings and recommendations.

      So ordered.

Dated: February 1, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE