UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

**FILED**
JUL 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| JAMES OLIVER,<br><br>    Plaintiff - Appellant,<br>v.<br><br>TOM L. CAREY, Warden; et al.,<br><br>    Defendants - Appellees. | No. 07-15568<br>D.C. No. CV-06-00390-MCE EFB P<br><br>**ORDER** |

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 7.17.07