IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

      Plaintiff,                  No. CIV S-06-0390 MCE EFB P

    vs.

THOMAS CAREY, et al.,

      Defendants.         ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 2, 2009, the Ninth Circuit reversed the decision of this court and remanded the matter for further consideration. The court previously granted plaintiff leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    The court finds that, for the limited purposes of § 1915A screening, the complaint states cognizable claims that defendants Noriega, Mahmoud, Solomon and Thor were deliberately indifferent to plaintiff's serious medical needs. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915A(b).

    Accordingly, it hereby is ordered that:

    1. Service is appropriate for defendants Noriega, Mahmoud, Solomon and Thor;

////

1

1     2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the December 20, 2006, amended complaint;

    3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the endorsed December 20, 2006, pleading.

    4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Noriega, Mahmoud, Solomon and Thor pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 14, 2009.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

    Plaintiff,                 No. CIV S-06-0390 MCE EFB P

    vs.

THOMAS CAREY,

    Defendants.          <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 1 </u>        completed summons form

        <u> 4 </u>        completed forms USM-285

        <u> 5 </u>        copies of the <u>December 20, 2006</u>
                                                   Amended Complaint

Dated:

                                                                Plaintiff