IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER

      Plaintiff,                    No. CIV S-06-0390 MCE EFB P

    vs.

TOMAS CAREY, et al.,

      Defendants.              <u>ORDER</u>

                              /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. In the amended complaint filed January 17, 2007, plaintiff claims that defendants Noriega, Mahmoud, Solomon and Thor were deliberately indifferent to his serious medical needs. Dckt. No. 12. Defendant Thor, represented by the same counsel as Noriega, has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).[1] Dckt. No. 36. Solomon also has filed motion to dismiss pursuant to Rule 12(b)(6). Dckt. Nos. 30. In the interest of efficient disposition of this action, Noriega requests an extension of time to answer the complaint until a reasonable time after the court rules on the other defendants' motions to dismiss. Dckt. No. 36. *See* Fed. R. Civ. P. 6(b).

---

[1] Dr. Mahmoud has not been served with process.

1

1  Defendant Noriega's August 19, 2009, motion for an extension of time is granted.  His
2 answer shall be filed simultaneously with that of defendant Thor.
3  So ordered.
4 Dated:  October 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE