1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

        Plaintiff,                No. CIV S-06-0390 MCE EFB P

        vs.

THOMAS CAREY, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On November 4, 2009, the court granted plaintiff's request for an extension of time to file and serve a response to the August 19, 2009 motion to dismiss. Dckt. No. 50. However, plaintiff already filed an opposition to both the August 19, 2009 motion to dismiss, and the July 16, 2009 motion to dismiss. *See* Dckt. No. 39. Given that the motions to dismiss stand submitted and no opposition brief is due, the court hereby VACATES its November 4, 2009 order.

Dated: November 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE