IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

      Plaintiff,                    No. CIV S-06-0390 MCE EFB

      vs.

THOMAS CAREY, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested an extension of time up to and including September 16, 2011 to file and serve objections to the August 23, 2011 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's September 15, 2011 request is granted. Plaintiff's objections must be received by the court no later than September 26, 2011.

      So ordered.

Dated: September 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE